IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRENCE BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN AMERICA, et al.,<br><br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-2800-TWT |

**ORDER**

This is a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 14 day of July, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge